**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
AT CLARKSBURG**

MELANIE PROCTOR, ADMINISTRATRIX
Of the ESTATE OF FELIX KIRK MCDERMOTT,

      Plaintiff,

v.                           Civil Action No. 1:20-cv-37
                                     Judge Thomas S. Kleeh

THE UNITED STATES OF AMERICA,

      Defendant.

## CERTIFICATE OF SERVICE

      I, Fred B. Westfall, Jr., Assistant United States Attorney for the Southern District of West Virginia, hereby certify that on September 15, 2020, electronically filed the foregoing ***Certificate of Service*** for ***Defendant's First Set of Interrogatories to Plaintiff*** with the Clerk of the Court using the CM/ECF system and that I have served a true copy by U.S. mail to the following:

      Tony L. O'Dell
      Cheryl A. Fisher
      Tiano O'Dell, PLLC
      P. O. Box 11830
      Charleston, WV 25339
      *Counsel for Plaintiff*

                                 **s/Fred B. Westfall Jr.**
                                   Fred B. Westfall, Jr. (W.Va. Bar No. 3992)
                                   Assistant United States Attorney
                                   United States Attorney's Office
                                   300 Virginia Street, East, Room 4000
                                   Charleston, WV 25301
                                   Phone: 304-345-2200
                                   Fax: 304-347-5443
                                   E-mail: fred.westfall@usdoj.gov
                                   Counsel for defendant United States of America