```
        IN THE UNITED STATES DISTRICT COURT
     FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
                     CLARKSBURG
```

**MELANIE PROCTOR, Administratrix
of the Estate of Felix Kirk McDermott,**

      **Plaintiff,**

**v.**     CIVIL ACTION NO. 1:20cv37
                                   (KLEEH)

**SECRETARY OF VETERANS AFFAIRS and
UNITED STATES OF AMERICA,**

      **Defendants.**

## ORDER

For reasons appearing to the Court, the deadlines in the scheduling order [Dkt. No. 17] are **STAYED** until further order of the Court.

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to all counsel of record herein.

**DATED:** September 21, 2020

                                        /s/ Thomas S. Kleeh
                                        THOMAS S. KLEEH
                                        UNITED STATES DISTRICT JUDGE